UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ETHAN GONZALES, *Plaintiff* | § § § | |
| vs. | § § | Case No.  SA-20-CV-00789-XR |
| ALLSTATE INDEMNITY COMPANY, *Defendant* | § § § | |

## ADVISORY OF SETTLEMENT DURING MEDIATION

On July 15, 2022, this matter was referred to the undersigned to conduct a mediation with the parties.  On August 4 and 12, 2022, the undersigned held a mediation via Zoom, at which the parties and their counsel appeared and participated.  The undersigned now notifies the District Court that the case **DID SETTLE** in mediation.

SIGNED this 12th day of August, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

1